NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRUCE WAYNE NELOMES,                    )
                                        )
                 Appellant,             )
                                        )
v.                                      )        Case No. 2D17-2536
                                        )
STATE OF FLORIDA,                       )
                                        )
                 Appellee.              )
_____ )

Opinion filed May 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.

Bruce Wayne Nelomes, pro se.



PER CURIAM.


                 Affirmed.


CASANUEVA, KELLY, and SLEET, JJ., Concur.